PITT & GREENE ELEC. MEMBERSHIP CORP. v. RASBERRY

No. 558P02

Case below: 153 N.C. App. 200

Motion by plaintiff to withdraw petition allowed 12 November 2002.

PITTS v. AMERICAN SEC. INS.

No. 369PA01

Case below: 356 N.C. 292

Motion by defendants (American Security Insurance Company and Standard Guaranty Insurance Company) for reconsideration pursuant to Appellate Rule 2 denied 14 November 2002. Motion by defendant (Wachovia Bank of North Carolina, N.A.) for reconsideration pursuant to Rule 2 denied 14 November 2002.

STATE v. BOWIE

No. 50A93-2

Case below: Catawba County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Catawba County, denied 21 November 2002.

STATE v. BRACEY

No. 465P02

Case below: 151 N.C. App. 749

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 21 November 2002.

STATE v. BUCKNER

No. 444A93-3

Case below: Gaston County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Gaston County, denied 21 November 2002.